■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FAUSTO REGALADO, Appellant. [608 NYS2d 100] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (LeVine, J.), rendered May 7, 1991, convicting him of criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered *(see, People v Favor,* 82 NY2d 254). No questions of fact have been raised or considered. Miller, J. P., O'Brien, Ritter and Krausman, JJ., concur.